IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                           Case No. 6:17-cr-60026

LAWAYNE NATT                                                                              DEFENDANT

## **ORDER**

Before the Court is Defendant Lewayne Natt's Motion to Return Defendant, Lawayne Natt, to the Arkansas Department of Corrections. ECF No. 24.

On July 7, 2017, Defendant executed a waiver of parole revocation and was detained at the Garland County Detention Center. Defendant was placed on the waiting list for transport to the Arkansas Department of Correction ("ADC") to begin serving a six month term for his parole revocation in the ADC.

On July 27, 2017, Defendant was arrested and charges were filed in Garland County District Court case HTS-17-4427, Garland County Circuit Court case CR-17-515, and a petition to revoke in Garland County Circuit Court case CR-15-476. The instant motion states that the majority of the charges filed in Garland County District Court case HTS-17-4427 were nolle prossed, with the remainder bound over to the Garland County Circuit Court in case CR-17-515. The instant motion further states that the charges in Garland County Circuit Court case CR-17-515 were nolle prossed on October 13, 2017, and the petition to revoke filed in Garland County Circuit Court case CR-15-476 was withdrawn on October 12, 2017.

On July 26, 2017, Defendant was charged with two counts of distribution of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1); one count of possession with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1); and one count of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) & 924(a)(2). ECF No. 1. On July 27, 2017, a Petition and Order for Writ of Habeas Corpus Ad Prosequendum ("Writ") was filed requesting that Defendant be brought from the Garland County Jail for the proceedings in the instant case and returned to that facility at the conclusion of the proceedings in this case. ECF No. 5. The Petition was granted and the Writ was issued on July 27, 2017. ECF No. 6. Pursuant to the Writ, Defendant was submitted to the United States Marshals Service on August 10, 2017.

Defendant appeared for arraignment in this matter on August 10, 2017. On March 5, 2018, Defendant plead guilty before this Court to count one of the Indictment. ECF No. 22. Defendant remains in the custody of the United States Marshals Service pending his sentence in this matter pursuant to the Writ.

In the instant motion, Defendant maintains that the ADC will not review the status of his parole violation sentence and make a determination as to when he will be released back to parole until he is returned to the ADC. Defendant further maintains that, because of the Writ, he will not be returned to Garland County, and subsequently to the ADC, until he is sentenced in the instant case. Accordingly, Defendant requests that he be returned to the Arkansas Department of Correction so that he may complete the sentence imposed for the revocation of his Arkansas parole and then be released to the federal detainer that will be filed when he is returned to the ADC. Defendant has attached to the instant motion a signed waiver of rights under the Interstate Agreement on Detainers. ECF No. 24-1.

Upon review of the motion, the Court finds that Defendant's motion (ECF No. 24) should be and hereby is **GRANTED**. Accordingly, Defendant shall be returned to the ADC to complete the sentence imposed for the revocation of his Arkansas parole. Defendant shall then be released to the federal detainer that will be filed when he is returned to the ADC.

**IT IS SO ORDERED**, this 20th day of April, 2018.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

